## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | |
|---|---|
| DAVID KEETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 6:17-cv-00164-DLB |
| ) | |
| CREDIT MANAGEMENT, LP ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, DAVID KEETON, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, CREDIT MANAGEMENT, LP.

RESPECTFULLY SUBMITTED,

DATED: August 17, 2017
By: /s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On August 17, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Christopher Meier, cmeier@thecmigroup.com

By: /s/ Shireen Hormozdi\
Shireen Hormozdi